1
2
3
4
5
6

7        IN THE UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10  UNIFIED STATES OF AMERICA,    )   No. CR-11-00501 PSG
                                  )
11           Plaintiff,            )   [PROPOSED] ORDER DISMISSING
                                  )   INFORMATION
12  vs.                            )
                                  )
13  MARCUS DUANE WHITE,            )
                                  )
14           Defendant.            )
    _____)
15

16       The above-captioned matter having come before the Court for hearing following briefing

17  by the parties on the scope and proper exercise of this Court's authority to dismiss the

18  Information, the Court hereby finds:

19       1.    California Penal Code Section 1385, in authorizing a judge or magistrate, of his

20  or her own motion, to order an action to be dismissed in furtherance of justice, constitutes an

21  aspect of state substantive criminal law. Accordingly, the prosecution of defendant Marcus

22  Duane White under Title 18, United States Code Section 13, assimilating California Vehicle

23  Code Section 14601.2, is subject to California Penal Code Section 1385. *See*, *e.g.*, *United States*

24  *v. Bosser*, 866 F.2d 315 (9th Cir. 1989).

25       2.    The facts set forth in the parties' respective pleadings and supporting declarations

26  – relating to Mr. White's background, the nature of his present offense (including the evidence

[Proposed] Order Dismissing Information
CR 11-00501 PSG                               1

1  indicative of his guilt), his rehabilitation following not only his commission of the instant
2  offense but also his prior conviction under California Vehicle Code Section 23152(a) – are
3  undisputed and therefore treated by this Court as conclusively proven.

4    3.    The rehabilitative treatment that Mr. White completed after his DUI and before
5  the instant offense exceeded the standards of drinking driver programs required by the State of
6  California for post-DUI reinstatement of driving privileges.  Mr. White also had enrolled in an
7  appropriate DMV-approved drinking driver program prior to the instant offense.

8    4.    Mr. White continued his rehabilitation post-offense and obtained reinstatement of
9  his privilege to drive more than two months before the filing of the Information.

10    5.    The minimum sentence otherwise prescribed for the instant offense would not
11  permit the Court to fashion a sentence adequately reflective of Mr. White's substantial
12  compliance with the policies underpinning California's licensing reinstatement framework, his
13  prior wartime military service, and the likely nexus between his previously untreated post-
14  traumatic stress disorder and the substance abuse which had contributed to his DUI offense and
15  the ensuing license suspension.

16  For the foregoing reasons, in individualized consideration of Mr. White's background,
17  history and rehabilitation, balanced against the nature of Mr. White's licensing offense and the
18  public interest in law enforcement, the Court hereby concludes that dismissal of this Information
19  would be in furtherance of justice.

20  Accordingly, this Court hereby orders the Information to be dismissed.

Dated: December 38, 2011

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

[Proposed] Order Dismissing Information
CR 11-00501 PSG                    2